UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TOMAHAWK MANUFACTURING, et al.,

    Plaintiffs,

v.                                                    Case No. 22-C-557

SPHERICAL INDUSTRIES, INC., et al.,

    Defendants.

---

**ORDER**

---

On today's date the Court heard a motion on a temporary restraining order. Having considered the briefs and arguments of counsel, the Court concludes, for the reasons set forth on the record, that Plaintiff has failed to establish a reasonable likelihood of success on merits or that they would suffer irreparable harm should the temporary restraining order be denied.

Accordingly, Plaintiffs' motion for a temporary restraining order is hereby denied.

**SO ORDERED** at Green Bay, Wisconsin this 27th day of May, 2022.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge